IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUL -7 PM 4:51

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN. MEMPHIS

UNITED STATES OF AMERICA,

VS.  NO. 02-20168-Ma

DETROIT BOYD,

    Defendant.

## ORDER DENYING MOTION TO SET RE-SENTENCING HEARING

Before the court is defendant's June 29, 2005, motion to set a re-sentencing hearing in this matter. Defendant's motion states that the Supreme Court granted defendant's application for writ of certiorari on January 24, 2005, and remanded the case to the Sixth Circuit Court of Appeals. The court consulted with Sixth Circuit Court of Appeals Deputy Clerk Diane Schnur on June 30, 2005. Ms. Schnur advises that this case did not go before the Supreme Court and that a mandate is scheduled to be issued in this case on July 1, 2005. When the court receives the mandate from the Sixth Circuit Court of Appeals, the matter will be set for re-sentencing. For the foregoing reasons, defendant's motion to set the re-sentencing hearing is DENIED.

    It is so ORDERED this 6th day of July, 2005.

                                SAMUEL H. MAYS, JR.
                                UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7-12-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 107 in case 2:02-CR-20168 was distributed by fax, mail, or direct printing on July 12, 2005 to the parties listed.

---

John Thomas Tibbetts
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Fed. Public Defender
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT